1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   LINDSAY JOHN MAX,                    Case No. 04-CV-1189-MMA (AJB)

12        Plaintiff,                      The Hon. Michael M. Anello

13   v.                                   **ORDER GRANTING JOINT MOTION
                                          TO DISMISS ACTION, WITH
14   ROBERT J. HERNANDEZ, et al.,         PREJUDICE**

15        Defendants.                     [Doc. No. 188]

16

17

18        **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

         The Court hereby **GRANTS** the parties' Joint Motion to Dismiss Action With Prejudice.
19
Accordingly, the case is hereby **DISMISSED** with prejudice. The Clerk shall close the case.
20
         **IT IS SO ORDERED**.
21
Dated:  November 6, 2009
22                                        _____
                                          Hon. Michael M. Anello
23                                        United States District Judge

24
25
26
27
28

                                    1                 Case No.  04-CV-1189 MMA (AJB)